UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GESUALDI, LOUIS BISIGNANO,
ANTHONY PIROZZI, DOMINICK MARROCCO          **CASE NUMBER:**
ANTHONY D'AQUILA, FRANK FINKEL, JOSEPH       **09 CV 7215(WHP)**
FERRARA, MARC HERBST, THOMAS PIALI and
DENISE RICHARDSON, Trustees and Fiduciaries of
the Local 282 Welfare, Pension, Annuity, Job
Training and Vacation and Sick Leave Trust Funds,

                                   Plaintiffs,          **FEDERAL RULE 7.1**
                                                        **DISCLOSURE**
                    -against-                           **STATEMENT**

NEW YORK CONCRETE CORP.,

                                   Defendant.

 

In accordance with the Federal Rules of Civil Procedure 7.1, Defendant, NEW

YORK CONCRETE CORP., states, by and through its counsel, ALLEN B.

BRESLOW, that it does not have any parent corporation, subsidiaries, or affiliates

that are publicly held, nor is there any publicly held corporation owning ten percent

or more of its stock.

Dated:       March 1, 2010
             Commack, New York

                              Respectfully submitted,

                              Law Office of Allen B. Breslow

          By:   _____
                Allen B. Breslow (AB1884)
                6165 Jericho Turnpike
                Commack, New York 11725
                Phone (631) 543-1191
                *Attorney for Defendant*